1  **JEFFREY M. FORSTER (SBN 50519)**
   **160 West Santa Clara Street, Suite 1100**
2  **San Jose, CA 95113**
   **Telephone:    (408) 977-3137**
3  **Facsimile:    (408) 977-3141**
   **Email:        jforstr@pacbell.net**
4
   **STEVEN R. LEVY   (State Bar No. 103164)**
5  **17670 Woodland Avenue**
   **Morgan Hill, CA 95037**
6  **Telephone:    (408) 274-7000**
   **Facsimile:    (408) 274-9000**
7  **Email:        slevy@bigfoot.com**

8  **Attorneys for Defendant, William Teitelbaum**

9                       **UNITED STATES DISTRICT COURT**

10                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  **LAY SIOK LIN,** | **CASE NUMBER: C 07 5551 WHA** |
| 13        Plaintiff, | **STIPULATION TO SHORTEN TIME FOR SETTING AND HEARING OF THE** |
| 14  v. | **MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT** |
| 15  **PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,** | **AND ORDER THEREON** |
| 16        Defendants. | |
| 17  | Judge:         Hon. William Alsup |
|     | Courtroom:     9 (19th Floor) |
| 18  | Complaint Filed:   October 31, 2007 |
| 19  | Trial Date:        January 5, 2009 |

20      Plaintiff, Lay Siok Lin, by and through her attorney, Matthew Metz, and Defendant,

21  William Teitelbaum, by and through his attorneys, Steven Levy and Jeffrey Forster, stipulate as

22  follows and request the Court to enter an order in accordance with this stipulation.

23       Defendant, William Teitelbaum, intends to bring a motion to set aside the default entered

24  against him on or about January 24, 2008 primarily on grounds of invalid service. The motion

25  would ordinarily require at least 35 days from the time of filing to the time of hearing.

26      Plaintiff, Lay Siok Lin, has previously filed an Application for Default Judgment

27  presently set for April 3, 2008.

28      Matthew Metz and Steven Levy counsel conferred by phone on March 3, 2008 and agreed

Case Number: C 07 5551 WHA
Stipulation to Shorten Time for Setting and Hearing of the Motion of
Defendant, William Teitelbaum, to Set Aside Default and Order Thereon    Page 1 of 3

the motion to vacate should be heard prior to the Application for Default Judgment.

Matthew Metz and Steven Levy agreed to a hearing date of April 3, 2008 for the Motion of Defendant, William Teitelbaum, to Set Aside Default for the following reasons: (1) to allow for hearing of the Motion to Set Aside Default prior to hearing of the Application for Default Judgment; (2) to allow plaintiff the greatest possible time to respond to the motion to vacate; (3) and to avoid rescheduling Application for Default Judgment.

Matthew Metz and Steven Levy also agreed to the following briefing schedule:

1. The motion and supporting papers shall be e-filed on or before March 4, 2008;
2. Plaintiff, Lay Siok Lin, shall file any opposition on or before March 19, 2008;
3. Reply papers, if any, shall be filed on or before March 26, 2008;

The only prior time modifications in this case were: (1) a stipulation/order that gave defendants, Bruce Mabey and Platinum Too, LLC, an extension to January 14, 2008 to respond to the Complaint, and (2) an expedited motion to withdraw by counsel for Platinum Too, LLC.

The approval of this stipulation does not appear as though it would negatively impact any presently scheduled dates in this case.

Based on the agreement of counsel and for the reasons stated, it is requested that the Court enter an order shortening time for the Motion of Defendant, William Teitelbaum, to Set Aside Default and allow the motion to be heard April 3, 2008 with the agreed briefing schedule.

By signature below, it is so stipulated and counsel declare that the contents of this stipulation are true and correct to the best of their knowledge..

Dated: March 4, 2008　　　　　　　　s/s Matthew Metz
　　　　　　　　　　　　　　　　　　MATTHEW METZ
　　　　　　　　　　　　　　　　　　Attorney for plaintiff, Lay Siok Lin

Dated: March 4, 2008　　　　　　　　s/s Steven Levy
　　　　　　　　　　　　　　　　　　STEVEN LEVY
　　　　　　　　　　　　　　　　　　Attorney for defendant, William Teitelbaum

Dated: March 4, 2008　　　　　　　　　s/s Jeffrey Forster
　　　　　　　　　　　　　　　　　　JEFFREY FORSTER
　　　　　　　　　　　　　　　　　　Attorney for defendant, William Teitelbaum

**Case Number: C 07 5551 WHA**
**Stipulation to Shorten Time for Setting and Hearing of the Motion of**
**Defendant, William Teitelbaum, to Set Aside Default and Order Thereon**　　Page 2 of 3

**[PROPOSED] ORDER SHORTENING TIME FOR SETTING AND HEARING OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT,

1. The Motion of Defendant, William Teitelbaum, to Set Aside Default may be set for April 3, 2008;
2. The motion and supporting papers shall be e-filed on or before March 4, 2008;
3. Plaintiff, Lay Siok Lin, shall file any opposition to the motion to vacate on or before March 19, 2008;
4. Reply papers, if any, shall be filed on or before March 26, 2008;
5. [Other Conditions, if any] _____
   _____ .

Dated: __March 4, 2008._____       _____
                                         HON. WILLIAM ALSUP

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: C 07 5551 WHA
Stipulation to Shorten Time for Setting and Hearing of the Motion of
Defendant, William Teitelbaum, to Set Aside Default and Order Thereon    Page 3 of 3