1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>　　　　Defendants. | CASE NO. C-07-5551-WHA<br><br>[PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>Judge:　　　Hon. William Alsup<br>Trial Date:　January 5, 2009<br>Action Filed:　October 31, 2007 |

Pursuant to the Stipulation to Shorten Time for Hearing on Motion to Set Aside Entry of Default, signed by the parties and on file in this action,

IT IS ORDERED that defendant Platinum Too, LLC's motion to set aside entry of default shall be heard on shortened time. It shall be heard on April 3, 2008.

IT IS FURTHER ORDERED that defendant Platinum Too, LLC shall file his motion to set aside entry of default on or before Monday, March 17, 2008. Plaintiff shall file any opposition to the motion on or before Tuesday, March 25, 2008. Defendant Platinum Too, LLC shall then file any reply papers on or before Friday, March 28, 2008.

DATED: March 13, 2008, 2006.

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William Alsup
Judge of the United States District Court

[PROPOSED] ORDER TO SHOERTEN TIME