IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAY SIOK LIN,

    Plaintiff,

v.

PLATINUM TOO, LLC, a Utah Limited Liability Company, BRUCE MABEY, and WILLIAM TEITELBAUM,

    Defendants.

No. C 07-05551 WHA

**ORDER DENYING REQUEST FOR A STAY ORDER**

Both parties stipulate and request that this action be stayed for all purposes pending a ruling on Plaintiff Lay Siok Lin's motion to transfer venue. Good cause not shown, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE